MICHAEL K. BROWN (State Bar No. 106975)
ELEVATION LAW P.C.
15 Railroad Avenue
Danville, CA 94526
Telephone: (925) 799-6840
mbrown@elevationlawfirm.com

Attorneys for Plaintiff
SOMERSVILLE TOWN CENTER
EQUITIES, LLC, a California
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMERSBILLE TOWN CENTER EQUITIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES CONTRACT 7 COMMERCIAL, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:26-cv-04227-WHO<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Somersville Town Center Equities, LLC and Defendant Staples Contract & Commercial, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)([])(A)(ii), and subject to the Court's approval to the extent required, the Parties stipulate to the dismissal of this action in its entirety. Each party shall bear its own attorneys' fees and costs.

Dated: August 5, 2026

**ELEVATION LAW P.C.**
MICHAEL K. BROWN

By: ______________________
Michael K. Brown
Attorney for Plaintiff
SOMERSVILLE TOWN CENTER EQUITIES, LLC, a California limited liability company

Dated: August 5, 2026

**ROBINS KAPLAN LLP**
MICHAEL A. GEIBELSON

By: //S//
Michael A. Geibelson
Attorney for Defendant
STAPLES CONTRACT & COMMERCIAL LLC (fka and erroneously sued as STAPLES CONTRACT & COMMERCIAL, INC.)

Pursuant to Northern District of California Civil Local Rule 5-1(h), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in the tiling's content and have authorized the filing.

By: ---+-w-l:'Hfi.'l---7'-+--+---+--+-___:_....L..... :::::::..
Michael K. Brown

# ~~[PROPOSED]~~ ORDER

Upon consideration of the Parties' Stipulation of Dismissal and good cause appearing, IT IS ORDERED that:

1. This action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorneys' fees and costs except as otherwise provided in a written settlement agreement.

3. IT IS SO ORDERED.

Dated: August 6, 2026.

______________________________

Hon. William H. Orrick

United States District Judge